UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| TONJA L POWELL, | Civil No. 3:13-CV-05935-KLS |
| Plaintiff, | |
| vs. | ORDER FOR REMAND |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties it is hereby ORDERED that the above- captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including the following actions:

- The ALJ will conduct a new hearing, further develop the record and issue a new decision;
- The ALJ will reevaluate and further develop the medical evidence of record;
- The ALJ will reevaluate steps two and three of the sequential evaluation process;
- The ALJ will reevaluate Plaintiff's credibility pursuant to SSR 96-7p;
- The ALJ will reevaluate Plaintiff's RFC pursuant to SSR 96-8p, and;

Page 1    ORDER FOR REMAND - [3:13-CV-05935-KLS]

- The ALJ will reevaluate steps four and five of the sequential evaluation process with the assistance of a vocational expert, as necessary.

Reasonable attorney fees will be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

DATED this 20th day of May, 2014.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ Franco L. Becia
FRANCO L. BECIA
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2114
Fax: (206) 615-2531
franco.l.becia@ssa.gov